MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C. DEISS (SBN 3052909)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, California 94102-3495
Tel: (415) 436-7124
Fax: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERJE ROGNE | Case No. C 11-0641 SBA |
| Petitioner/Plaintiff, | |
| v. | **STIPULATED BRIEFING SCHEDULE** |
| ERIC H. HOLDER, JR., as Attorney General of the United States; JANET NAPOLITANO, as Secretary of the U.S. Department of Homeland Security; TIMOTHY S. AITKEN, as San Francisco Field Office Director, ICE; JEFF NELSON, as Warden/Commander of West Contra Costa County Detention Facility. | |
| Respondents/Defendants. | |

On February 11, 2011, Petitioner, who is presently detained, filed an immigration Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and a Motion for a Temporary Restraining Order.

On February 11, 2011, the parties telephonically met and conferred and Petitioner agrees to withdraw the Motion for a Temporary restraining Order, docket entry 5.

Pursuant to stipulation, the parties, through their respective counsel further agree to the following briefing schedule on the underlying petition:

Respondents' Return in opposition:   February 28, 2011

Petitioner's Traverse:   March 7, 2011

The parties agree to have the matter decided on the papers without a hearing.

-1-

1
2
                                        Respectfully submitted,

3                                         MELINDA HAAG
                                        United States Attorney
4
5

Dated: February 14, 2011        By: _____/s/_____
6                                           ILA C. DEISS
                                        Assistant United States Attorney
7                                         Attorneys for Respondents
8
9
Dated: February 14, 2011        By: _____/s/_____
10                                         NATHAN ZASLOW
                                        Attorney for Petitioner
11
12
13                                                **ORDER**

14 Pursuant to stipulation, IT IS SO ORDERED.  The Motion for a Temporary Restraining Order,

15 Electronic Docket Number 5, is deemed withdrawn.

16
17
18 Dated: 2/18/11                                        _____
                                                      SAUNDRA B. ARMSTRONG
19                                                       United States District Judge
20
21
22
23
24
25
26
27
28