MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C. DEISS (SBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
    San Francisco, California 94102-3495
    Tel: (415) 436-7124
    Fax: (415) 436-7169
    E-mail: ila.deiss@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERJE ROGNE, | Case No. C 11-0641 SBA |
|     Petitioner/Plaintiff, | |
| v. | **STIPULATION TO DISMISS HABEAS AS MOOT; and ORDER** |
| ERIC H. HOLDER, JR., as Attorney General of the United States; JANET NAPOLITANO, as Secretary of the U.S. Department of Homeland Security; TIMOTHY S. AITKEN, as San Francisco Field Office Director, ICE; JEFF NELSON, as Warden/Commander of West Contra Costa County Detention Facility. | |
|     Respondents/Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the petitioner/plaintiff and the respondents/defendants hereby stipulate to dismiss, with prejudice, the above-captioned action as moot. Petitioner/plaintiff is no longer in removal proceedings and was released from custody on June 27, 2011. It is further stipulated that each party shall bear its own costs and fees, and the Court may issue an appropriate order.

///

IT IS SO STIPULATED.

Dated: June 29, 2011 /s/
NATHAN ZASLOW
Attorney for Petitioner

Dated:  June 29, 2011 MELINDA HAAG
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

## ORDER

Pursuant to the Stipulation of Dismissal, and for good cause show,

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, and that each party shall bear its own costs and fees.

IT IS   SO ORDERED.

Dated:  6/30/11

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE